**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:16CR00153 CDP |
| ) | |
| STUART B. MILLNER, ) | |
| ) | |
| Defendant. ) | |

### R<small>ELEASE OF</small> L<small>IS</small> P<small>ENDENS</small>

NOTICE IS HEREBY GIVEN that a Lis Pendens recorded in Franklin County, Missouri Recorder's Office on April 29, 2016, at Document #1606063, the property more particularly described as follows:

2743 Camp Mo-Val Road, Union, Missouri 63084, together with all appurtenances, improvements, and attachments thereon, being further described as:

Tract I

Part of the East half of the Northeast qr. in Section $even (7), Township Forty-two (42) North, Range One (1) West of the 5th P.M., Franklin County, Missouri more fully described as follows: Beginning at the Northwest corner thereof and run thence South 86° 05' East 1,397.06 feet to the Northeast corner of Section 7, thence on Section line South 1° 19' 28" West 78.0 feet to the West bank of Bachelor Creek, thence South 56° 00' West 231.0 feet, thence South 30° 00' West 396.0 feet, thence South 20° 00' East 330.0 feet, thence South 28° 10' 47" East 527.30 feet to a point in the section line, thence along Section line South 1° 19' 28" West 429.84 feet to an iron rod, thence North 88° 23' 14" West 1,396.98 feet to an iron rod in the West line

of the East half of the Northeast qr., thence North 1° 22' East 1,812.71 feet to the place of beginning.

Tract II

Together with the right of ingress and egress over a 40 foot wide road easement off the West side of the East half of the Northeast qr. of Section Seven (7), lying South of the above described tract.

Tract III

Together with the non-exclusive right of ingress and egress over a strip of ground of the uniform width or 60 feet off the South side of the West half of the Northeast qr. in Section Seven (7), Township Forty-two (42) North, Range One (1) West of the 5th P.M., lying East of the Camp Mow Val Road, as created by deed of record in Book 283 page 429.

Tract IV

Part of the East half of the Northeast qr. in Section Seven (7), Township Forty-two (42) North, Range One (1) West of the 5th P.M., more fully described as follows: Beginning at the Southwest corner of the Northeast qr. of Section 7, thence North along the qr. section lines to an iron rod that bears South 1° 22' West 1,812.71 feet from the Northwest corner of the Northeast qr., thence South 88° 23' 14" East 1,396.98 feet to the East line of the Northeast qr., thence South on the East line to the Southeast corner of the Northeast qr., thence West on the South line of the Northeast qr. 1,400 feet, more or less to the point of beginning.

Tract V

Part of the Southwest qr. of the Northwest qr. and part of the Northwest qr. of the Southwest qr. in Section Eight (8), described as follows: Beginning at the Southwest corner of the Southwest qr. of the Northwest qr., thence North 1° 19' 38" East 400 feet to a point, thence East 231 feet to a point in the West bank of Bachelor Creek, thence along said West Bank South 4° 28' 03" West 401.11 feet to a point, thence South 32° 32' 15" West 403.20 feet to a point in section line, thence along section line North 1° 19' 28" East 340 feet to the point of beginning. All in Township Forty-two (42) North, Range One (1) West of the 5th P.M.
Tract VI

Together with a non-exclusive right of ingress and egress over a strip of ground of the uniform width of 60 feet off the South side of the West half of the Northeast qr. in Section Seven (7), Township Forty-two (42) North, Range One (1) West of the 5th P.M., lying East of the Camp Mo-Val County Road as created by deed of record in Book 283, page 429;

with all appurtenances, improvements and fixtures thereon;

giving notice of the pendency of a forfeiture action in the United States District Court for the Eastern District of Missouri in the case of <u>United States of America v. Stuart Millner,</u> Court Number 4:16CR00153 CDP, is hereby released and discharged for the reason that the Government has discontinued its forfeiture proceedings against the subject property.


Dated: September 26, 2016                               Respectfully submitted,

                                                               RICHARD G. CALLAHAN
                                                               United States Attorney

                                                               */s/ Richard E. Finneran*
                                                               RICHARD E. FINNERAN, #53350MO
                                                               Assistant United States Attorney
                                                               111 South 10th Street, Suite 20.333
                                                               Saint Louis, Missouri 63102
                                                               Telephone:    (314) 539-2200
                                                               Facsimile:    (314) 539-2312