**October - December 2010 P&L Estimate**

|  |  |  |  |  | Brembo | 50,000 | 25% | 12,500 |
|---|---|---|---|---|---|---|---|---|
| **Income** |  |  |  |  | Douglas Dynamics | 65,000 | 25% | 16,250 |
| Revenue | $20,265,000 |  |  | 20,265,000 | CST Auction | 1,000,000 | 13% | 130,000 |
|  |  |  |  |  | CST Liquidation | 1,000,000 | 13% | 130,000 |
| **Cost of Goods Sold** |  |  |  |  | General Tobacco Hauni/Focke | 10,000,000 | 3% | 300,000 |
| Client Proceeds - Current | $18,097,250 |  | Gross Proft Oct /Nov/Dec | 2,167,750 | General Tobacco/Real Estate/ Machinery | 2,000,000 | 3% | 60,000 |
| Overhead | $750,000 | Less | Overhead | -750,000 | PTM/Renegade | 1,000,000 | 25% | 250,000 |
|  | $18,847,250 |  | Net Profit/Cash | 1,417,750 | Lift Tech | 800,000 | 18% | 144,000 |
|  |  |  | Cash Oct 25 |  | RJR | 500,000 | 25% | 125,000 |
| **Current Gross Profit** | **$1,417,750** |  | Less |  | Evansville Mach | 50,000 | 100% | 50,000 |
|  |  |  |  |  | Orna Metal | 100,000 | 25% | 25,000 |
| Loss Jan - Sept 2010 | ($753,472) |  | Rivebank | -390,000 | Aleris | 1,000,000 | 25% | 250,000 |
|  |  |  | Miss Lime | -100,000 | CTC | 2,000,000 | 25% | 500,000 |
| **2010 Net Income** | **$664,278** |  | HP | -57,000 | Riverbank | 500,000 | 25% | 125,000 |
|  |  |  | Cooper | -140,000 | National Tobacco | 200,000 | 25% | 50,000 |
|  |  |  | Brembo | -180,000 |  | 20,265,000 |  |  |
| **Cash Items - Not on P&L** |  |  | Douglas Dynamics | -100,000 |  |  |  | 2,167,750 |
| Client Proceeds - Past | $967,000 |  | United Bank | -250,000 |  |  |  |  |
| United Bank | $250,000 |  | Line of Credit | -20,000 |  | Rivebank |  | (390,000) |
| Line of Credit | $20,000 |  | Garvin | -20,000 |  | Miss Lime |  | (100,000) |
| Garvin | $20,000 |  | Payables | -150,000 |  | HP |  | (57,000) |
| Old Payables | $150,000 |  | SM Credit Card | -25,000 |  | Cooper |  | (140,000) |
| SM Credit Card | $25,000 |  |  | -1,432,000 |  | Brembo |  | (180,000) |
|  | $1,432,000 |  |  |  |  | Douglas Dynamics |  | (100,000) |
|  |  |  | Net Cash | -14,250 |  |  |  | (967,000) |
| **Cash at End of Year 2010** | ($767,722) |  |  |  |  |  |  |  |
|  |  |  |  |  |  | United Bank |  | (250,000) |
|  |  |  |  |  |  | Line of Credit |  | (20,000) |
|  |  |  |  |  |  | Garvin |  | (20,000) |
|  |  |  |  |  |  | Payables |  | (150,000) |
|  |  |  |  |  |  | SM Credit Card |  | (25,000) |
|  |  |  |  |  |  |  |  | (465,000) |
|  |  |  |  |  |  | Overhead |  | (750,000) |

**SW_E_000787.xlsx**