| | |
|---|---|
| From: | |
| Sent: | Thursday, January 2, 2014 3:57 PM |
| To: | Stuart Millner <smillner@sbmac.com> |
| Subject: | RE: A Plan Than I want To Implement -- proceeds due |
| Attach: | Proceeds Due.xlsx; Payment schedule.xlsx; 2013 New Cash Flow - working-tw.xlsx |

Stuart,

I hope you are feeling better.

Attached is the list of proceeds due.

I have a schedule attached to pay out Graham Vandalia/Berkeley. Please review, I need to send them a payment schedule by tomorrow afternoon.

Also, RJR is calling, Grede and Cobak Tool [sale 11/21] is calling daily. I have attached a cash forecast. I have adjusted it to reflect the Graham schedule, but not for the other proceeds yet --still working on that challenge and I am sure there are events that I do not have dates for - I have asked Jesse for the info that he has -- he said he would get it to me soon.

The format is a little different. I have added an estimate columns to the sheet

**Vice President of Finance**



---

**From:** Stuart Millner
**Sent:** Tuesday, December 31, 2013 9:57 AM
**To:**
**Subject:** A Plan Than I want To Implement

**I know that you can't squeeze blood from a turnip. And I know that if you don't the cash to make this plan work you can make it magically work. But, we have to try. Beginning this month.**
**List old proceeds due and they will get paid first and the new ones will fall in line.**
**Please list all proceeds due at this time.**
**Thanks**

**Stuart**

*Stuart Millner*
*President*
*Stuart B. Millner & Associates*

# Stuart B Millner & Associates
## Transaction Detail By Account
### November 2013

**PROCEEDS DUE**

| Name | Sale Date | Memo | Amount | |
|---|---|---|---:|---|
| Thermo Fischer | Nov 2012 | Proceeds due | 41,000.00 | |
| Maine Energy | May 2013 | Proceeds due - legal | 15,000.00 | |
| Goodland 2012 | Sept 2013 | Proceeds due | 10,500.00 | |
| Graham Packaging:Graham Pkg-Vandalia, IL | Oct 15, 2013 | proceeds due | 393,225.00 | calling |
| Beechcraft Little Rock 2013 | Oct 22 2013 | Proceeds due | 177,800.00 | |
| Graham Packaging:Graham Pkg-York, PA | Nov 16 2013 | proceeds due | 646.00 | |
| Cobak Tool | Nov 21 2013 | proceeds due | 205,300.00 | calling |
| Graham Berkeley | Dec 3 2013 | proceeds due | 35,129.00 | calling |
| Accurate Machine | Dec 3 2013 | proceeds due | 41,400.00 | |
| AOK | Dec 4 2013 | proceeds due | 7,300.00 | |
| Stork Blading | Dec 4 2013 | proceeds due | 82,802.00 | |
| Beechcraft Wichita | Dec 6 2013 | proceeds due | 21,170.00 | |
| Mecom | Dec 17 2013 | proceeds due | 58,322.00 | |
| Austin Utilities | Dec 17 2013 | proceeds due | 4,500.00 | |
| Joy Global | Dec 19 2013 | proceeds due | 168,000.00 | Buy |
| Joy Global | Dec 19 2013 | proceeds due | 89,580.00 | 0% / 15% |
| RJR-Demolition -Liquidation | Due by 12/31/13 | Proceeds due | 450,000.00 | calling |
| Grede:Grede-Omaha NE-Real Estate | Due by 12/31/13 | Proceeds due | 104,000.00 | calling |
| | | | 1,905,674.00 | |
| | | | 1,905,674.00 | |
| | | | 1,905,674.00 | |