UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16CR00153 CDP |
| | ) | |
| STUART B. MILLNER, | ) | |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES' PROPOSED SENTENCING EXHIBIT LIST**

COMES NOW the United States of America, by its attorneys, Carrie Costantin, Acting United States Attorney for the Eastern District of Missouri, and Richard E. Finneran, Assistant United States Attorney for said district, and files herewith its proposed exhibit list in connection with this afternoon's sentencing. As indicated in the United States' Response to Defendant Stuart Millner's Sentencing Memorandum, the United States intends to present these exhibits at sentencing in order to support the conclusion of the Presentence Investigation Report that Millner's scheme originated at least as early as 2010. *See* Resp. to Def.'s Sent. Mem. (Doc. #87) at 2 n.1. Courtesy copies of the exhibits will be provided to the Court and to Millner's counsel under separate cover.

1

| Exhibit | Description |
| --- | --- |
| A | Email from Stuart Millner re: Berry Plastics |
| B | Handwritten note reading "UOPM" |
| C | "My Prayers and Needs Today February 8, 2015" |
| D | October-December 2010 P&L Estimate |
| E | Email from Stuart Millner re: PL est SBMA 2010 |
| F | Stuart B Millner & Associates Transaction Detail by Account November 2013 "PROCEEDS DUE" |
| G | Email from Stuart Millner re: You Are The Only One I Can Tell This To |
| H | Email from Stuart Millner re: Profits vs Cash |
| I | Email to Stuart Millner re: Agenda |
| J | Email from Stuart Millner re: Dodging Bullets |
| K | Email to Stuart Millner re: The Email I sent you |
| L | Email to Stuart Millner re: Proceeds due |
| M | Email to Stuart Millner re: Approval of Recompilations |
| N | Document entitled "Status of SBMA" |

(Exhibits A through F were previously submitted to the Court in connection with the United States'

Sentencing Memorandum (Doc. #83) and its Response to Millner's Sentencing Memorandum

(Doc. #87).)

Dated: June 20, 2017                                    Respectfully submitted,

CARRIE COSTANTIN
Acting United States Attorney

 */s/ Richard E. Finneran*
RICHARD E. FINNERAN, #60768MO
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone:  (314) 539-2200

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2017 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

 */s/ Richard E. Finneran*
RICHARD E. FINNERAN, #60768MO
Assistant United States Attorney